Stanley Rysavy, Respondent, v. Emily Rysavy, Appellant, and Edward Ruth, Defendant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of directing that respondent pay fifteen dollars a week alimony, beginning with the date of the order to be entered herein, and that he also pay $250 as counsel fee, $100 thereof to be paid forthwith and $150 at the time of trial. In our opinion the papers show that appellant is entitled to counsel fee to enable her to defend the action, and that she is also entitled to the support of herself and her child pending the action. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

Thomas McBurney Silvie, Respondent, v. Naomi S. Clark, Appellant, and Isaac A. Silvie and Ella Silvie, Defendants.— Order adjudging appellant in contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Carswell, J., not voting.

Lena Thorner, Appellant, v. Julius Hosch, Respondent.— Judgment modified by inserting the words "without prejudice" after the word "dismissed," and as so modified unanimously affirmed, with costs to respondent. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

Joseph Winkel, Respondent, v. Frank A. Droesch and Others, Appellants.— Orders denying motions to dismiss complaint affirmed, with ten dollars costs and disbursements payable by appellants jointly. No opinion. Kapper, Hagarty, Carswell and Davis, JJ., concur; Lazansky, P. J., dissents.

Morris Weinberg, Respondent, v. Franklin Surety Company, Appellant. — Application denied, with ten dollars costs. (New York City Mun. Ct. Code, § 154, subd. 8.)

Edward B. Hittleman, Plaintiff, v. Polk Avenue Building Co., Inc., and Others, Respondents, and Max H. Newman, Defendant. Charles S. Colden, as Receiver, Appellant.— Order signed on consent. Present — Lazansky, P. J., Hagarty, Carswell and Davis, JJ.

Rebeccey Altman, Respondent, v. Yette Rosofsky and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.